**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 0 5 2022

TAMMY H. DOWNS, CLERK

By: _____
DEP CLERK
Randal Jennings

Petitioner

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF ARKANSAS

Case No. 2:22-cv-00047-JM-ERE

Plaintiff demands

Trial by Jury

V

UNITED STATE OF AMERICA

AMMENDED Complaint Pursuant To Bivens v Six unknown.

AGENTS OF FEDERAL BUREAU OF NARCOTICS, 403 vs. 388 (1971)

Comes now prose petitioner, Randal Jennings. Would enter this amended complaint. Petitioner is sorry for the length of his original complaint. Many issues have happened that prove the fact that the B.O.P. routinely denies constitutional rights. And have routinely been deliberately indifferent to those issues. All of these issues became worse because of COVID. A broken system collapsed and is still broken to this day. Petitioner would ask that this court construe his pleadings liberally as he is not an attorney as in Haines v Kerner.

Complaint.

Parties.

Randal Jennings is incarcerated at F.C.C. Forrest City low, in the B.O.P. He has a 262 month sentence and has been locked up since January 2009. He has a completely clean record with no warnings, write ups or issue in all these years.

i

He has a health history of, hypertension, diabetes, and a B.M.I. over 25% (obese), asthma and was diagnosed by the Kansas City pulmonary clinic of having COPD. Petitioner takes numerous medications, including blood pressure pills, blood thinner; albuterol inhaler. Metformin for diabetes, and cholesterol pills, and was prescribed Tylenol 800mg for pain.

Defendants

Mr. Poynor Health Service Administrator:

Mr. Poynor. Was deliberately indifferent to the serious medical needs of the petitioner. He intentionally withheld available medications that the petitioner severely needed. He also intentionally withheld clothes, towels, soap, and shampoo from petitioner. This was done while petitioner was extremely sick from COVID 19 and showing symptoms. Petitioner begged him for his albuterol inhaler as he is asthmatic and had COVID in his lungs and could not breathe. His prescribed inhaler was in his bag next to the locked door of his cell. He also begged for his prescribed pain pills that were also in the bag. He asked for the blood thinner meds. His blood pressure medication and cholesterol pills. That were prescribed and two feet away. He is an administrator in health services and knew the international risk and pain he would cause the petitioner in withholding the medications. Because of holding the medications petitioner was in pain from his back issues the pain meds were prescribed for. 2. He had severe breathing problems because he has had asthma and COVID 19 at the same time, but had no rescue inhaler and felt like he was suffocating. He has had breathing issues and chest pain during and since. This time and is still seeing a cardiologist.

Background

Forrest City is a low security correctional institution within the B.O.P. that is supposed to specialize in housing prisoners who need long term medical care.

Forrest City houses some of the most vulnerable and least dangerous people who are serving time caught in the federal prison sentence. Petitioner is at Forrest City because of his chronic health issues.

Forrest City was the site of one of the largest COVID 19 outbreaks in 2020. It unfortunately held this title until approx. August 2020 when they stopped testing inmates for COVID and listed everyone as recovered even if they were not.

As of January 22 Omicron strain swept through the facility and 50% of the RDAP unit was sick shutting down the program yet medical refused to test and would not test inmates even if they were sick and requested it. Petitioner has been deathly sick four times now from constant exposure to COVID strains in prison.

This was made worse by a history constitutional rights being denied. As this facility was already denying constitutional rights. COVID gave them a reason to do whatever they wanted and justify it. While some issues are with different department's religious services, medical, and how they handle infectious disease it is all under the same administration, and was caused or worsened because of the same occurrences. And all involve a question of law. Or fact common to all defendants they were B.O.P. supervisors, and permitted and or caused constitutional violations, and were deliberately indifferent to them.

This court has jurisdiction over this action pursuant to 28 USC 1331 for relief from conditions of confinement that are in violation of the eight Amendment venue is proper in Arkansas pursuant to 28 USC 1391 (b)(2).

Facts petitioner would like to make court aware of,Respondents have routinely been denying constitutional rights of prisoners. But in 2020 it got worse. Petitioner has and is being denied rights ⁻ medical care. Because petitioner has not been able to worship GOD it has increased the pain and suffering caused by the deliberate indifference of staff at Forrest City. Making the deliberate indifference worse as petitioner could not go to religious services for spiritual help while suffering.

Petitioner has been under substantial pressure to substantially modify his behavior and violate his beliefs. Petitioner is a Pentecostal Christian. His beliefs or "central tenet" is Sunday worship and worshipping GOD with music as in Psalms 150.

Pre COVID the chapel only opened on Sundays 60% of the time for general protestant service in 2020 it never opened. Pentecostal service was stopped completely in 2020 and never resumed to this day. Causing petitioner to not be able to worship GOD. Even though there are 2 full time staff.

Petitioner "central tenant" is music worship to GOD. He repeatedly asked for instruments required in his worship beliefs, and every other chapel already has keyboards and amps, even the medium across the street. Yet here we are refused. Defendant Hendrix was intentionally denying, petitioner right to worship GOD. The way he was taught and believes adding to the suffering and stress of COVID and medical isolation lockdown worries.

Staff did not try to keep inmates safe. They released busses of new inmates into the facility without quarantine. They left doors between units unlocked. They moved inmates to other areas in the facility which mixed inmates and made COVID catch faster, and to this day are ignoring all safety protocols called for by the CDC. Including raising the population from 1100 during COVID reduction to now 1535. This increased the stress level and suffering.

Issues of complaint

During the 65days under medical isolation. Petitioner was told to pack his property and go to medical once at the medical cells. Petitioner asked for his prescriptions that were in his bag when Mr.

3

Poynor said get in the cell. He let other inmates get their property. While his property was located right outside his cell. Petitioner asked Mr. Poynor for his meds which included blood pressure and his asthma inhaler, and cholesterol pills and pain pills. A cup, a towel, and his Bible, and shower shoes, and was refused repeatedly. When petitioner told Mr. Poynor he could not go without heart and asthma meds. They said they order it. Causing days without meds and having breathing issues and no emergency inhaler, and no pain medications, and could not even get water because he had no cup. Petitioner begged Poynor for his inhaler and water and was refused. Petitioner was forced to stay on a mattress with poison disinfectant on it and no towel to wipe it with. He also was not able to shower because there was no soap or shampoo or shower shoes for over a week. Mr. Poynor failed to carry out medical orders by not giving petitioner needed medications that were within 2 feet of petitioner's cell. He failed to remedy unlawful conditions he knew about and even created. He was deliberately indifferent to petitioner's serious medical need, and had actual knowledge that there were deficiencies in the medical care system. That created a risk of harm that happened to petitioner. And he deliberately interfered with treatment once prescribed. Petitioner was in Poynor's supervision 63 days as he was asymptomatic with COVID 19 at the time. A week of that time was in medical isolation the rest in a woodshop converted to medical isolation.

Petitioner was forced to clean up after other inmates moved and was told to fold up a cot when he did it cut into and crushed his finger, he bleed and had a 10.5 centimeter laceration with a big piece of his skin hanging off. He was sent to medical where the nurse glued the skin back on and bandaged it, and gave him a tetanus shot. But even after it healed it is still painful. He asked Dr. Obi during a chronic care visit to look at it she said ask the PA for a x-ray. The PA did not order a x-ray but stated there was nothing more that can be done. Even though there is nerve damage that makes it hurt at a touch. And is a permanent physical injury. Petitioner should not have been forced to work while sick with COVID 19 and in isolation because he was ısymptomatic.

Closing

The B.O.P. intentionally over populates prisons. Even knowing it is a health hazard with COVID. In 2020 they reduced the prison population to 1100 inmates. This because science has said it reduces risk yet today there over 1500 inmates. The CDC has emphasized that "social distancing is a cornerstone of reducing transmission of respiratory disease such as COVID 19." Yet the B.O.P. is raising the number of inmates making a clear and present danger. As COVID is still here at the facility. Respondent's failure to take steps to mitigate transmission of COVID strains constitutes deliberate indifference to the serious medical needs of petitioners and unconstitutional conditions of confinement violates the Eight Amendment. As it guarantees prisoner custody free of "a condition of confinement that is sure or very likely to cause serious illness and needless suffering." With the overcrowding, this made worse by other conditions such as no disinfectants or mask. Means petitioner has no means to protect himself.

The ugly consequences speak for themselves nearly 90% of the inmate population have been infected with COVID or one of the strains. They are packed into the confines of shared dormitories, they spend the majority of their time within arm's length, whether it be pill lines, meals, or sleeping. Only a

4

downsizing of populations in Forrest City will make a difference of life and death. This tragedy is ongoing and the conditions of confinement "pose petitioners health.

This mixed with the continual thinking at Forrest City that it is ok to violate religious beliefs, deprive inmates of needed prescription medications, and make hazardous environment's, is unacceptable. Petitioner would ask this honorable court to intervene. Petitioner is not an attorney. He is stating the issues that all happened at the same time. His major issue is the deliberant indifference of medical care. This was compounded by the fact that religious services had no services at all for over a year. Giving no spiritual support to an inmate who was scared for his life because of the issues surrounding COVID. Such as no treatment plan, letting inmates mix even positive and negatives spreading COVID and the deliberate withholding of prescribed medications while in a two man cell with three men in it. And in pain from a chronic back issue and at times needing his rescue inhaler but being denied them. When they were two feet outside the cell door. His blood pressure high because of stress, being scared and refusal of Mr. Poynor to give him blood pressure medication. All of these things were avoidable. But yet defendants failed to protect petitioners and were even deliberately indifferent to petitioner knowing he would suffer without the needed cup, shower shoes, or even a Bible. He still has cardiac and respiratory issues that began when he was denied his inhaler and blood pressure medicine. While in medical isolation under Mr. Poynor

Petitioner requests relief this court finds he is entitled to.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

DELTA DIVISION

**AFFIDAVIT**

2:22-cv-00047-JM-ERE

The foregoing motion is true to the best of my knowledge and under the penalty of perjury.  All statements are true and correct.

Randal Jennings      21384-045

Randal Jennings 21384045
FCC Forrest City Low
Po box 9000
Forrest City AR 72336

MEMPHIS TN
30 JUN 2022   PM 4
FOREVER / USA   FOREVER / USA

Clerk of Court

600 west Capitol Ave Suite A-149

Little Rock, Arkansas  72201-3325

72201-339919