# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**RANDAL JENNINGS**                                                                                         **PLAINTIFF**
Reg. #21384-045

V.                                          NO. 2:22-cv-00047-JM-ERE

**DEWAYNE HENDRIX**, former Warden,
Forrest City, *et al*.                                                                                      **DEFENDANTS**

## ORDER

The Court has received a Recommendation filed by Magistrate Judge Edie R. Ervin. After careful review of the Recommendation, Mr. Jennings' timely objections, as well as a de novo review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Plaintiff Randal Jennings may proceed with his medical deliberate-indifference claim against Defendant Poynor. All other claims are DISMISSED, without prejudice, as improperly joined. The Clerk is instructed to terminate Dewayne Hendrix, Taylor, Thomas Johnson, Hall, John Yates, Michal Carvajal, John Doe, and the USA as party Defendants.

IT IS SO ORDERED this 25th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE