IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

RANDAL JENNINGS                                                                PLAINTIFF
Reg. #21384-045

V.                                    NO. 2:22-cv-00047-JM-ERE

RYAN POYNOR, AHSA                                                           DEFENDANT

**ORDER**

The Court has received a Recommendation filed by Magistrate Judge Edie R. Ervin. The

parties have not filed objections, and the time to do so has expired. After careful review of the

record, the Court concludes that the Recommendation should be, and hereby is, approved and

adopted as this Court's findings in all respects.

Defendant Ryan Poynor's motion to dismiss and his supplemental motion to dismiss (*Docs.*

*27, 35*) are DENIED.

IT IS SO ORDERED, this 28th day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE