IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**RANDAL JENNINGS**  **PLAINTIFF**
Reg. #21384-045

V.     NO. 2:22-cv-00047-JM

**RYAN POYNOR,**
**AHSA**     **DEFENDANT**

## ORDER

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin. After careful review of the Recommendation, Mr. Jennings' timely objections, as well as a de novo review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendant Poynor's motion for summary judgment (*Doc. 56*) is GRANTED. Mr. Jennings' claims are DISMISSED, with prejudice. The Clerk is instructed to close this case.

IT IS SO ORDERED, this 2nd day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE