# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**RANDAL JENNINGS**                                                                **PLAINTIFF**
**Reg. #21384-045**

**V.**                          **NO. 2:22-cv-00047-JM**

**RYAN POYNOR,**
**AHSA**                                                                                  **DEFENDANT**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED this 2nd day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE